**DISMISS and Opinion Filed September 13, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00736-CV

### DELORIS PHILLIPS, Appellant
### V.
### TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03128-E**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

Before the Court is appellant's motion to strike her notice of appeal which

we construe as a motion to dismiss the appeal. We grant the motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Erin A. Nowell//

210736f.p05

ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DELORIS PHILLIPS, Appellant

No. 05-21-00736-CV          V.

TEXAS DEPARTMENT OF PUBLIC
SAFETY, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-03128-
E.
Opinion delivered by Justice Nowell.
Justices Osborne and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 13th day of September, 2021.